532 F.2d 184
 McCurry
v.
Clerk of the Sixth Judicial District Court, State of
Louisiana*#
 No. 76-1472
 United States Court of Appeals, Fifth Circuit
 5/12/76
 
 1
 W.D.La.
 
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 # Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.